# AFFIDAVIT OF SERVICE

State of New York )
County of New York )

The undersigned being duly sworn, deposes and says:

I, Matthew Savarese am not a party to the action, am over 18 years of age and am an employee of the United States Department of Labor, in the Office of the Regional Solicitor, 201 Varick Street, Room 983, New York, New York

That on June 20, 2014, deponent served via overnight courier a true and correct copy of the within Order to Show Cause for Default Judgment signed by Justice Furman on June 19, 2014 and supporting documents upon the last known address of the Defendant, Amerindo Investment Advisors, Inc. Employee Savings Plan located at 399 Park Avenue, floor 22, New York, New York 10022.

The Amerindo Investment Advisors, Inc. Employee Savings Plan is abandoned. Alberto Vilar, the sole Trustee of the Plan, is currently serving jail time for a criminal conviction and is prohibited from serving as an administrator, officer or fiduciary. The services of an Independent Fiduciary are being sought as there is currently no person or entity available to administer the Plan.

_____
Matthew Savarese

Sworn to before me this 20th day of June, 2014

_____
Notary Public

DIANE C SHERMAN
Notary Public, State of New York
No. 02SH4983606
Qualified in ~~King County~~ NEW YORK COUNTY
Commission Expires July 01, 2015